UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Civil Action No. 5:16-cv-00088-FL

Michelle McRae, Administrator for the )
Estate of Kevin Dijon Grissett, )
                                       Plaintiff, )
        v. )     **JOINT STIPULATION AND CONSENT**
The Town of Hope Mills, Joel Acciardo, )     **ORDER FOR PRODUCTION OF STATE**
Individually and in his official capacity as )     **BUREAU OF INVESTIGATION FILE**
Chief, Hope Mills Police Department, and )
Jacob Ransone Pfeffer, Individually and in )
his official capacity as a law enforcement )
officer with the Hope Mills Police )
Department, )
                                  Defendants. )

Plaintiff, Defendants and the North Carolina State Bureau of Investigation ("SBI") stipulate to the entry of this Joint Stipulation and Consent Order allowing release of the SBI File No. 2014-00215, regarding the investigation of Plaintiff's allegations of negligence, gross negligence, assault and battery, wrongful death, excessive force, deprivation of life outside the law of the land, violation of civil rights, deliberate indifference and failure to properly hire, supervise, train and discipline against the Defendants, to counsel for Plaintiff and for Defendants.

Counsel for the parties and counsel for the SBI further stipulate and agree to the following statements of facts, which authorize this Court's entry of the Joint Stipulation and Consent Order:

1.     The SBI file material is relevant to the subject matter involved in the case before this Court.

2.     Counsel for the SBI, after reviewing this file and related documents, has determined that she has no objection to turning over the SBI file materials requested to counsel for Plaintiff and Defendants in response to the parties' request for the following reasons:

     A.     No policy reasons exist for denial of the parties' request for production of these materials;

1

B. There is no prejudice to the SBI by releasing this material;

C. There are no identities of persons contained in the materials which need to be protected;

D. Any criminal investigation which might have been the subject of this SBI file has been concluded; and

E. The interests of the State of North Carolina are not prejudiced in any way by the release of these materials to counsel for the Plaintiff and Defendants.

3. Except as may be otherwise provided by further Order of the Court, documents contained within the SBI file shall be used *for no purpose other than prosecuting or defending this action and shall be disclosed only to the persons identified in paragraph 6 below.*

4. Access to and the use of any documents, or any part thereof, of the SBI file shall be limited to:

A. the Court;

B. the parties and attorneys of record for the parties;

C. court-appointed mediators;

D. consultants and technical experts involved in the preparation of this action;

E. court reporters, their transcribers, assistants, and employees;

F. any potential or actual deposition or trial witness to the extent that it is necessary to tender to such witness as an exhibit a confidential document in order to elicit testimony relevant to the matters at issue in this case;

G. the jury.

5. Counsel may make copies of the SBI file materials for Plaintiff's or Defendants' experts upon receiving from said experts a *written agreement* that they will be bound by the terms of this Joint Stipulation and Consent Order. The requirement of obtaining such an agreement shall be satisfied by having each of the Plaintiff's or Defendants' experts read, acknowledge, and agree in writing to the be bound by this Joint Stipulation and Consent Order. A file of all such written acknowledgments shall be maintained by the Plaintiff's and/or Defendants' counsel. By signing the declaration agreeing to be bound by this Joint Stipulation and Consent Order, each of Plaintiff's or Defendants' experts submit himself or herself to the jurisdiction of this Court for purposes of enforcement of this Joint Stipulation and Consent Order.

2

6. Individuals who are permitted access to the SBI file materials pursuant to paragraph 6 are hereby ordered not to show, convey, or reproduce any documents so designated or parts thereof, or copies thereof, or any matter contained therein, or any extracts or summaries thereof, to any individual, or to any entity that would not otherwise have access to said documents under provisions of this Joint Stipulation and Consent Order. The records shall not be further copied in any manner without permission of the Court and all original and allowed copies thereof shall be returned to the SBI at the conclusion of this action with a certification that no other copies exist and that all copies have been duly returned in compliance with this Order.

7. At the conclusion of this litigation, each document produced by the SBI and subject to this Joint Stipulation and Consent Order shall be returned to the SBI for destruction.

This the 5th day of January 2016.

CROSSLEY MCINTOSH COLLIER HANLEY & EDES, PLLC

*Clay Allen Collier by Dan M Hagey with consent*

Clay Allen Collier
State Bar Number: 13266
5002 Randall Parkway
Wilmington, NC 28403
Phone: 910-762-9711
clayc@cmclawfirm.com

THE ROGERS LAW FIRM, PA.

Allen W. Rogers, Esq.
111 Person Street
Fayetteville, NC 28390
Allen.rogers@allenrogers-law.com

LOCUS & ASSOCIATES

*/s/ James H. Locus, Jr.*
James H. Locus, Jr.
PO Box 331
Fayetteville, NC 28301
locuslaw@aol.com

*/s/ Coy E. Brewer*
Coy E. Brewer
PO Box 2249
Fayetteville, NC 28302
coybrewer@lawyerbrewer.com

CRANFILL SUMER & HARTZOG, LLP

*/s/ Dan M. Hartzog*
Dan M. Hartzog, Esq.
Dan M. Hartzog, Jr., Esq.
PO Box 27808
Raleigh, NC 27611-7808
dmh@cshlaw.com
dhartzogjr@chslaw.com

NORTH CAROLINA STATE BUREAU OF INVESTIGATION

*/s/ Angel E. Gray*
Angel E. Gray, Esq.
General Counsel
PO Box 29500
3320 Garner Rd.
Raleigh, NC 27626-0500
agray@ncsbi.gov

APPROVED. This the 6th day of January, 2017.

*/s/ Louise W. Flanagan*
Louise W. Flanagan
U.S. District Court Judge

4