UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Civil Action No. 5:16-cv-88-FL

| | |
|---|---|
| Michelle McRae, Administrator for the Estate of Kevin Dijon Grissett, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | )<br>) |
| The Town of Hope Mills, Joel Acciardo, Individually and in his official capacity as Chief, Hope Mills Police Department, and Jacob Ransone Pfeffer, Individually and in his official capacity as a law enforcement officer with the Hope Mills Police Department, | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| Defendants. | ) |

**ORDER**

Upon the motion of Defendants, THE TOWN OF HOPE MILLS and JOEL ACCIARDO, Individually and in his official capacity as Chief, Hope Mills Police Department, JACOB RANSONE PFEFFER, in his official capacity as a law enforcement officer with the Hope Mills Police Department, Defendant JACOB RANSONE PFEFFER, Individually (*collectively,* "Defendants"), to seal Defendants' Local Rule 56.1 Statement of Material Facts on Summary Judgment and Defendants' Appendix to Local Rule 56.1 Statement of Material Facts, and attachments thereto, on the grounds that the documents contain information made confidential by N.C. Gen. Stat. §§ 160A-168 and 132-1.4(a) and/or that are required to be filed under seal pursuant to the Protective Order filed in this case [DE 57];

AND IT APPEARING TO THE COURT that good cause has been shown for the granting of this motion;

AND IT APPEARING TO THE COURT that Defendants have demonstrated the necessity and propriety of sealing the documents at issue;

AND IT APPEARING TO THE COURT that the request to seal the documents overcomes any common law or First Amendment presumption to access;

AND IT APPEARING TO THE COURT that the specific qualities of the material to be sealed justify that they be sealed taking into account the competing interest in access;

IT IS THEREFORE ORDERED that Defendants' Motion to Seal be GRANTED and that the following documents submitted to the Court will be sealed:

1. Defendants' Local Rule 56.1 Statement of Material Facts on Summary Judgment; and

2. Defendants' Appendix to Local Rule 56.1 Statement of Material Facts, and attachments thereto.

This the __23rd__ day of May, 2017.

_____
UNITED STATES DISTRICT COURT JUDGE